**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY L. COLLIER, | ) NO. ED CV 06-174-CBM(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| L. BROWN, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the pleadings, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Defendant Cortez' Objections to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. In particular, the Court rejects Defendant Cortez' contention, in his Objections to the Report and Recommendation, that the Magistrate Judge improperly relied on an assertedly unauthenticated exhibit. See Plaintiff's Opposition, section 2, pp. 4, 10. The Court also rejects, inter alia, Defendant Cortez' contention that Plaintiff improperly failed to comply with Local Rule 56-3. See Order re Discovery Cut-Off Date and Date for Filing Motions for Summary Judgment, filed December 3, 2007.

1    IT IS ORDERED that: (1) the Report and Recommendation of the
2 Magistrate Judge is approved and adopted; (2) Defendants' Motion for
3 Summary Judgment is granted in part and denied in part; (3) the
4 following facts are specified as being not genuinely at issue:
5 (a) Plaintiff failed to exhaust his administrative remedies with
6 respect to his claims against Defendants Brown, Gibbons and LaCuesta,
7 and with respect to Plaintiff's claim that Defendant Cortez retaliated
8 against Plaintiff on December 22, 2005; (b) Defendants Terry and
9 Mathews did not retaliate against Plaintiff as alleged in the Third
10 Amended Complaint; (c) Defendant Cortez did not retaliate against
11 Plaintiff as alleged in the Third Amended Complaint with respect to
12 any of Cortez' actions except, possibly, with respect to Cortez'
13 approval of the August 25, 2005 administrative segregation order;
14 (4) summary judgment in favor of Defendants Brown, Gibbons, Terry and
15 Mathews is granted; (5) the action is dismissed without prejudice as
16 against Defendants Brown, Gibbons and LaCuesta; (6) the action is
17 dismissed with prejudice as against Defendants Terry and Mathews; and
18 (7) summary adjudication in favor of Defendant Cortez on all of
19 Plaintiff's claims against Cortez is granted except Plaintiff's claim
20 that Cortez allegedly retaliated against Plaintiff by approving the
21 August 25, 2005 administrative segregation order.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff and counsel for
3 Defendants.

5    DATED: July 17, 2009.

8                             _____/s/_____
                                  CONSUELO B. MARSHALL
9                              UNITED STATES DISTRICT JUDGE