**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY L. COLLIER, | ) | NO. ED CV 06-174-CBM(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| L. BROWN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that (1) Defendants' Motion for Summary Judgment is granted in part and denied in part; (2) the following facts are specified as being not genuinely at issue: (a) Plaintiff failed to exhaust his administrative remedies with respect to his claims against Defendants Brown, Gibbons and LaCuesta, and with respect to Plaintiff's claim that Defendant Cortez retaliated against Plaintiff on December 22, 2005; (b) Defendants Terry and Mathews did not retaliate against Plaintiff as alleged in the Third Amended Complaint; (c) Defendant Cortez did not retaliate against Plaintiff as alleged in the Third Amended Complaint with respect to any of Cortez' actions except, possibly, with respect to Cortez' approval of the August 25, 2005 administrative segregation order; (3) summary judgment in favor

1  of Defendants Brown, Gibbons, Terry and Mathews is granted; (4) the
2  action is dismissed without prejudice as against Defendants Brown,
3  Gibbons and LaCuesta; (5) the action is dismissed with prejudice as
4  against Defendants Terry and Mathews; and (6) summary adjudication in
5  favor of Defendant Cortez on all of Plaintiff's claims against Cortez
6  is granted except Plaintiff's claim that Cortez allegedly retaliated
7  against Plaintiff by approving the August 25, 2005 administrative
8  segregation order.

10        DATED: July 17, 2009.

13                      _____/s/_____
                              CONSUELO B. MARSHALL
14                         UNITED STATES DISTRICT JUDGE