JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. COLLIER,<br><br>                              Plaintiff,<br><br>       v.<br><br>L. BROWN, et al.,<br><br>                              Defendants. | Case No. EDCV 06-0174 CBM (Ex)<br><br>**ORDER OF DISMISSAL** |

The Court having received the stipulation of the parties requesting dismissal of this lawsuit with prejudice due to their settlement agreement, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____11/1/10_____                              _____
                                                                              CONSUELO B. MARSHALL
                                                                              UNITED STATES DISTRICT JUDGE

SD2006503246
10629873.doc

1